**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7290**

BOBBY GILBERT,

                    Plaintiff - Appellant,

          and

CARL POLLEN,

                    Plaintiff,

          v.

WILLIAM R. BYARS, Agency Director, South Carolina Department
of Corrections; JOSEPH MCFADDEN, Warden; DANTE WRIGHT;
JEROME MIDDLETON; RACHEL LADAGGA; MS. ROPPER; MS. FOWLER;
THOMAS SEARS; TARRANCE JACKSON,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Mary G. Lewis, District Judge.
(2:13-cv-02163-MGL)

Submitted:  January 22, 2015          Decided:  January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby Gilbert, Appellant Pro Se.  Hugh Willcox Buyck, Gordon
Wade Cooper, BUYCK, SANDERS & SIMMONS, Charleston, South
Carolina; Elloree Ann Ganes, Robert Holmes Hood, Benjamin

Houston Joyce, Thomas Happel Scurry, HOOD LAW FIRM, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Gilbert appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) claims without prejudice for failure to properly exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gilbert v. Byars, No. 2:13-cv-02163-MGL (D.S.C. Aug. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED